IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 06-721C; 06-723C; 06-815C; 06-816C; 06-837C; 07-85C; 07-189C;
07-190C; 07-197C; 07-200C; 07-281C; 07-390C; & 07-391C (consolidated)

(Filed: July 5, 2007)

| | |
|---|---|
| GRUNLEY-WALSH, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

In an order dated June 19, 2007, the court requested that the parties file briefs to address whether two recently filed cases, Nos. 07-390C and 07-391C, should be consolidated with *Grunley-Walsh, LLC v. United States*, No. 06-721C, the lead case for eleven cases consolidated by orders entered March 14, 2007 and May 31, 2007. On June 28, 2007, plaintiff and the government filed briefs in Nos. 07-390C and 07-391C indicating that they believe these cases should be consolidated with No. 06-721C.

For good cause shown, Nos. 07-390C and 07-391C shall be consolidated with No. 06-721C. In future filings, the parties shall use No. 06-721C as the lead case and shall refer to Nos. 06-721C; 06-723C; 06-815C; 06-816C; 06-837C; 07-85C; 07-189C; 07-190C; 07-197C; 07-200C; 07-281C; 07-390C; & 07-391C (consolidated) in the caption. The Joint Preliminary Status Report for these consolidated cases, due on or before July 13, 2007, shall incorporate Nos. 07-390C and 07-391C.

It is so ORDERED.

s/ Charles F. Lettow
Judge